## 📄 Case Information

## STORM DAMAGE CONSULTANTS LLC VS OHIO SECURITY INSURANCE COMPANY

Assigned to Judge Haupt in Stark County Common Pleas Court

## 2024CV01278

**Case Type**

Other Civil

**Filed On**

Jul 3, 2024

**Case Status**

Open Case

**Next Action**

None

**Financials**

| Costs | Payments | Balance |
|-------|----------|---------|
| $249.07 | $249.07 | $0.00 |

**Parties**

| Type | Name / Address | Attorney |
|------|----------------|----------|
| Plaintiff | STORM DAMAGE CONSULTANTS LLC<br>112 ERIE STREET S MASSILLON OH 44646 | COLLEEN KERINS |
| Defendant | OHIO SECURITY INSURANCE COMPANY<br>175 BERKELEY STREET BOSTON MA 02116 | |

## 📄 Case Financials

| Costs | Receipts |
|-------|----------|

| ▲ Date | Amount | Description | Suspended |
|--------|--------|-------------|-----------|
| Jul 3, 2024 | $3.00 | ISSUING | |
| Jul 3, 2024 | $25.00 | JURY DEMAND | |
| Jul 3, 2024 | $9.07 | POSTAGE | |
| Jul 3, 2024 | $25.00 | CLERK | |

| ▲Date | Amount | Description | Suspended |
|---|---|---|---|
| Jul 3, 2024 | $6.00 | DATA COST | |
| Jul 3, 2024 | $25.74 | H.B. 171 (LEGAL AID) | |
| Jul 3, 2024 | $0.26 | H.B. 171 (CLERK) | |
| Jul 3, 2024 | $20.00 | CLERK DATA COSTS | |
| Jul 3, 2024 | $60.00 | COURT RESOLUTION FEE | |
| Jul 3, 2024 | $65.00 | COMPLAINT - COURT | |
| Jul 3, 2024 | $10.00 | SECURITY | |

| | |
|---|---|
| **Subtotal** | $249.07 |
| **Suspended** | $0.00 |
| **Total** | $249.07 |

### 📋 Docket

| ▲Date | Docket Entry |
|---|---|
| Jul 3, 2024 | DEPOSIT RECEIVED FROM KERINS LAW LLC RECEIPT NO. CV494241 IN THE AMOUNT OF $325.00 |
| Jul 3, 2024 | DEPOSIT RECEIVED FROM KERINS LAW LLC RECEIPT NO. CV494242 IN THE AMOUNT OF $200.00 |
| Jul 3, 2024 | COMPLAINT FILED SUMMONS AND COPIES OF COMPLAINT SENT TO OHIO SECURITY INSURANCE COMPANY BY CERTIFIED MAIL USPS Tracking Number: 9414814969000350018549 (###021162024CV01278000!!!); |
| Jul 3, 2024 | DESIGNATION FORM FILED |
| Jul 3, 2024 | JURY DEMAND - PLAINTIFF |

7/8/24, 11:02 AM
starkcountyohiogov.sendproenterprise.com/Composer/XmlRequest/GetShipLabel?guid=3e42dd7e-5a7e-4dd5-a7c5-e817ade717ee...

Case: 5:24-cv-01375-JRA Doc #: 1-1 Filed: 08/12/24 3 of 21. PageID #: 6

Exhibit 1

Clerk Legal Division
Stark County Clerk of Courts
P.O. Box 21160
Canton, OH 44701

## USPS CERTIFIED MAIL

9414 8149 6900 0350 0185 49

0001

2024CV01278
OHIO SECURITY INSURANCE COMPANY
175 BERKELEY ST
BOSTON, MA 02116-5066

Shipper Ref:      2024CV01278
Reference 1:      2024CV01278
Reference 2:      021162024CV01278000

Exhibit 1

### IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

# LYNN M. TODARO
## STARK COUNTY CLERK OF COURTS

**STORM DAMAGE CONSULTANTS LLC**
PLAINTIFF,

VS.

CASE NUMBER :  **2024CV01278**

**OHIO SECURITY INSURANCE COMPANY**

ASSIGNED JUDGE :  **NATALIE R. HAUPT**

DEFENDANT,

# SUMMONS

July 8, 2024

TO THE FOLLOWING NAMED DEFENDANT:
OHIO SECURITY INSURANCE COMPANY
175 BERKELEY STREET
BOSTON, MA 02116

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
STORM DAMAGE CONSULTANTS LLC -
112 ERIE STREET S
MASSILLON, OH 44646                                      PLAINTIFF.

A COPY OF THE COMPLAINT IS ATTACHED HERETO.  THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS:
COLLEEN KERINS
103 CHAMPION LANE
CHAGRIN FALLS, OH 44022

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

LYNN M. TODARO
CLERK OF COURTS
STARK COUNTY, OHIO

*Rebecca L. Tisevich*

R. TISEVICH, DEPUTY CLERK



IN THE COURT OF COMMON PLEAS
STARK COUNTY, OHIO

STORM DAMAGE CONSULTANTS, LLC,
112 Erie Street S.
Massillon, OH 44646

      Plaintiff,

v.

OHIO SECURITY INSURANCE
COMPANY
    175 Berkeley Street
    Boston, MA 02116

Defendant.

                               /

CASE NO. **2024CV01278**

JUDGE: *Haupt*

## COMPLAINT

Plaintiff, STORM DAMAGE CONSULTANTS LLC, by and through its undersigned counsel, files its Complaint against OHIO SECURITY INSURANCE COMPANY ("Ohio Security") and in support states as follows:

### PARTIES, JURISDICTION AND VENUE

1.   At all times material hereto, Plaintiff was and is in possession of real property located at 112 Erie Street South, Massillon, Ohio 44646, 120 Erie Street South, Massillon, Ohio 44646, and 130 Erie Street South, Massillon, Ohio 44646 (collectively referred to as the "Insured Property").

2.   Defendant, Ohio Security, is an insurance company, licensed to conduct business in Ohio, regularly conducting business throughout the State of Ohio, and conducting business in Stark County, Ohio.

3.   This Court has jurisdiction over the present action because at all times relevant to this Complaint, Defendant, either individually or through its agents, officers or representatives, transacted business in the State of Ohio relating to the allegations herein.

4.    Venue is proper in Stark County because Plaintiff's business operates in Stark County, Ohio; the Insured Property is located in Stark County, Ohio; Ohio Security has transacted substantial business in Stark County, Ohio; and Stark County, Ohio is where the majority of the transactions relating to the allegations herein occurred.

5.    The amount in controversy exceeds twenty-five thousand dollars ($25,000.00).

6.    By virtue of the foregoing, venue and jurisdiction are proper with this Court.

## GENERAL ALLEGATIONS

7.    Plaintiff incorporates paragraphs 1 through 6 of the Complaint as though fully rewritten herein.

8.    Plaintiff purchased a policy of insurance, BKS(23)61482757 (the "Policy") from OHIO SECURITY for the policy period May 30, 2022, to May 30, 2023. A copy of the insurance policy Declarations Pages as it exists in Plaintiff's possession is attached hereto as Exhibit "A."

9.    Plaintiff paid all premiums on the Policy and the Policy was in full and continuing force and effect at all relevant times herein, including July 7, 2022.

10.    All conditions precedent to obtaining payment of said benefits under the policy have been complied with, met, or waived.

11.    The Plaintiff complied with all conditions precedent to obtaining all benefits and coverages available to it under the Policy.

12.    On July 7, 2022, the property suffered physical damage from a sudden and accidental loss. Specifically, the roof of the Insured Property was damaged due to the high wind and/or hail on the date of loss and ensuing rainwater damaged the interior of the property.

13.    The Plaintiff timely notified Ohio Security of the claim after the damage occurred.

14.    Following the reporting of the claim, Ohio Security assigned Claim Number 24044350 to the

2

loss.

15.   The Plaintiff fully cooperated with Ohio Security following the date of loss.

16.   Ohio Security failed to timely provide its coverage decision as the partial denial letter was not

received until December 23, 2022.

17.   Ohio Security failed to properly indemnify the Plaintiff for the loss pursuant to the

terms of the Policy.

18.   Ohio Security has withheld coverage under the Policy to the Plaintiff for the loss.

19.   Ohio Security has no justification for withholding coverage and payment under the policy.

20.   Ohio Security's acts and omissions have caused damage to the Plaintiff.

21.   Ohio Security has failed to satisfy the Plaintiff's claim and has delayed and/or

refused to pay the full amount that is required to be paid under the relevant insurance policy.

## COUNT I
## BREACH OF CONTRACT

22.     Plaintiff re-alleges and incorporates paragraphs one (1) though twenty (20) as though fully

set forth herein.

23.     At all times relevant, Plaintiff performed its contractual obligations in providing notice to

Ohio Security and taking all other necessary and requested actions as required under the policy.

24.     Ohio Security has a duty to indemnify the Plaintiff in the event of a covered cause

of loss during the policy period.

25.     Ohio Security has breached the Policy of insurance by failing to pay the full

benefits due and owing under the Policy for a covered cause of loss during the policy

period.

26.     By delaying and refusing to pay the Plaintiff the amount it is legally entitled to

recover, Ohio Security has failed to fulfill its contractual obligations without legal excuse.

Exhibit 1

27.    The Plaintiff has been damaged by the Defendant's actions.

28.    The Plaintiff is entitled to recover compensatory damages in an amount to be determined at trial as a direct and proximate result of Ohio Security's breach of contract.

## COUNT II – BAD FAITH

29.    Plaintiff re-alleges and incorporates paragraphs one (1) though twenty-eight (28) as though fully set forth herein.

30.    At all times material, Defendant owed a duty of fair dealing and good faith to the Plaintiff.

31.    The Defendant breached the duty owed to the Plaintiff.

32.    If Ohio Security had conducted a competent investigation, it would have properly afforded coverage based upon its engineering report which attributed the interior damage to the ensuing rainwater entering the property from the wind/ hail created openings.

33.    Ohio Security failed to properly apply the policy terms to the loss and improperly applied the "vacancy" provision to exclude coverage for the interior damage.

34.    Ohio Security failed to make a timely coverage decision, without reasonable justification, and did not provide its partial denial letter until December 23, 2022.

35.    In issuing only partial payment to the Plaintiff, delaying the coverage decision, failing to adjust the full scope of damages, and improperly denying the interior damages, the Defendant's actions and omissions, through its agents and adjusters, were with malicious purpose, in bad faith, willful, and conducted in a wanton and/or reckless manner.

36.    The actions and omissions of the Defendant demonstrate malice, fraud, oppression, or insult and the Defendant, as the principal or master of its agents and adjusters, authorized, participated in, and ratified the actions or omissions of its agents and adjusters

in this regard.

37.   The Defendant's denial of the interior damages to the property was done in hopes that the Plaintiff would accept an amount that was unreasonably low considering the nature and severity of the Plaintiff's claim.

38.   The Defendant, through its agents and adjusters, acted intentionally, willfully, wantonly, and/or with actual malice in the adjustment of the Plaintiff's claim. Among other actions, the Defendant:

      a.   Failed to conduct an adequate and complete investigation of the claim by failing to issue payment to the Plaintiffs pursuant to the estimates submitted.

      b.   Failed to timely make a coverage determination.

      c.   Unreasonably rejected the scope of repair and costs contained within the Plaintiff's estimates without justification.

      d.   Failed to consider the findings of its own engineer and instead denied coverage to the interior of the Insured Property without justification

      e.   Failed to properly apply the "vacancy" provision as provided in the policy.

      f.   Compelled the Plaintiff to initiate this litigation to obtain the benefits to which it is entitled under the policy.

39.   As a direct and proximate result of the Defendant's actions the Plaintiff:

      a.   Suffered and will continue to suffer significant property damage;

      b.   Incurred and will continue to incur in the future the costs to repair and/or replace the property damage;

Exhibit 1

c. Suffered and will continue to suffer consequential damages;

d. Suffered and will continue to suffer long term uncertainty regarding its financial future;

e. Suffered and will continue to suffer increased loss of use;

f. Incurred and will continue to incur litigation expenses and attorneys' fees;

g. Are entitled to an award of pre-judgment interest, taxable costs, punitive damages, and investigatory fees; and

h. Incurred other expenses as a result of the Defendant's bad faith

WHEREFORE, the Plaintiff, STORM DAMAGE CONSULTANTS LLC, demand judgment in its favor against OHIO SECURITY INSURANCE COMPANY, for compensatory damages in an amount in excess of $25,000.00, punitive damages in excess of $25,000.00, plus pre-judgment interest, post-judgment interest, costs, reasonable attorneys' fees, and all other damages and costs this Court deems appropriate.

Dated: July 3, 2024

Colleen A. Kerins (0104096)
Attorney for the Plaintiff
Kerins Law LLC
103 Champion Lane
Chagrin Falls, OH 44022
T: 305-807-0900
F: 440-287-7748

## JURY DEMAND

Plaintiffs hereby request, pursuant to Civil Rule 38(B), a trial by jury of the issues of the lawsuit.

Colleen A. Kerins (0104096)
Attorney for the Plaintiff

Exhibit 1

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (23)  61 48 27 57**

Policy Period:
**From 05/30/2022 To 05/30/2023**
12:01 am Standard Time
at Insured Mailing Location

## Common Policy Declarations

**Named Insured & Mailing Address**

STORM DAMAGE CONSULTANTS LLC
3676 Community Ln Ste 110
Copley, OH 44321

**Agent Mailing Address & Phone No.**

(216) 766-6300
INSURANCE CONSULTANTS AGY LLC-O
23980 CHAGRIN BLVD STE 200
BEACHWOOD, OH 44122-5542

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** CONTRACTORS OFFICE BUILDING AND STORAGE

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES - CUSTOM PROTECTOR

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Commercial Property | $2,968.00 |
| Commercial General Liability | $644.00 |

*Total Charges for all of the above coverage parts:* **$3,612.00**
*Certified Acts of Terrorism Coverage:* **$78.00** **(Included)**

*Note: This is not a bill*

## IMPORTANT MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

Issue Date    04/01/22                     Authorized Representative

*To report a claim, call your Agent or 1-800-366-6446*

**DS 70 21 11 16**





Exhibit 1

**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number: BKS **(23) 61 48 27 57**

Policy Period:
**From 05/30/2022 To 05/30/2023**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

**Named Insured**

STORM DAMAGE CONSULTANTS LLC
3676 Community Ln Ste 110
Copley, OH 44321

**Agent**

(216) 766-6300
INSURANCE CONSULTANTS AGY LLC-O
23980 CHAGRIN BLVD STE 200
BEACHWOOD, OH 44122-5542

## SUMMARY OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 112 Erie St S, Massillon, OH 44646-6650

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

David Long
President

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 21 11 16

Exhibit 1

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (23)  61 48 27 57**
Policy Period:
**From 05/30/2022 To 05/30/2023**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

**Named Insured**

STORM DAMAGE CONSULTANTS LLC
3676 Community Ln Ste 110
Copley, OH 44321

**Agent**

(216) 766-6300
INSURANCE CONSULTANTS AGY LLC-O
23980 CHAGRIN BLVD STE 200
BEACHWOOD, OH 44122-5542

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 61 12 08 | Property Damage - Customers' Goods |
| CG 88 66 12 08 | Property Damage - Borrowed Equipment |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 89 56 11 10 | Amendment of Occurrence Definition |
| CP 00 10 10 12 | Building and Personal Property Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 23 04 08 | Ohio Changes |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 10 30 10 12 | Causes of Loss - Special Form |
| CP 10 34 10 12 | Exclusion of Loss Due To By-Products of Production or Processing Operations (Rental Properties) |
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 00 01 15 | Custom Protector Endorsement |
| CP 90 40 01 15 | Office/Lessors Custom Protector Endorsement |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 02 44 09 07 | Ohio Changes - Cancellation and Nonrenewal |
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

Exhibit 1

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (23)  61 48 27 57**

Policy Period:
**From 05/30/2022 To 05/30/2023**
*12:01 am Standard Time
at Insured Mailing Location*

### Common Policy Declarations

**Named Insured**

STORM DAMAGE CONSULTANTS LLC
3676 Community Ln Ste 110
Copley, OH 44321

**Agent**

(216) 766-6300
INSURANCE CONSULTANTS AGY LLC-O
23980 CHAGRIN BLVD STE 200
BEACHWOOD, OH 44122-5542

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 09 96 01 07 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Dispostion of Federal Terrorism Risk Insurance Act) |
| IL 88 06 04 10 | Offer of Mine Subsidence Insurance Coverage Ohio Mine Subsidence Insurance Underwriting Association Application |
| IL 88 53 11 20 | Actual Cash Value |
| LC 88 00 02 12 | Ohio - Punitive or Exemplary Damages Exclusion |

*To report a claim,  call your Agent or  1-844-325-2467*

DS 70 21 11 16

Exhibit 1

**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
BKS (23) 61 48 27 57

Policy Period:
**From 05/30/2022 To 05/30/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations**

| Named Insured | Agent |
|---|---|
| STORM DAMAGE CONSULTANTS LLC | (216) 766-6300<br>INSURANCE CONSULTANTS AGY LLC-O |

## SUMMARY OF CHARGES

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | Property Schedule Totals | $2,893.00 |
| | Certified Acts of Terrorism Coverage | $75.00 |

**Total Advance Charges:** **$2,968.00**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

Exhibit 1

**Liberty Mutual.**
INSURANCE

**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
BKS   (23)  61 48 27 57

Policy Period:
From 05/30/2022 To 05/30/2023
12:01 am Standard Time
at Insured Mailing Location

**Commercial   Property**
**Declarations   Schedule**

**Named Insured**

STORM DAMAGE CONSULTANTS LLC

**Agent**

(216) 766-6300
INSURANCE CONSULTANTS AGY LLC-O

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

**0001   112 Erie St S**
**120 Erie And 130 Erie**
**Massillon,  OH 44646-6650**

**Property**
**Characteristics**

**Description:**

**Construction:** Joisted Masonry

**Building**
**Coverage**

**Occupancy:** Contractors - Subcontracted Work - In Connection With Construction, Reconstruction, Erection or Repair - Not Buildings - Office

| Description | |
|---|---|
| Limit of Insurance | $788,176 |
| Coinsurance | 90% |
| Inflation Guard - Annual Increase | 2% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $2,500 |
| | ***Premium***     ***$2,664.00*** |

**Equipment**
**Breakdown**
**Coverage**

of 156

32

*To report a claim,  call your Agent or  1-844-325-2467*

**DS 70 23 01 08**



**Liberty Mutual.**
INSURANCE

Exhibit 1

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BKS  (23)  61 48 27 57**

Policy Period:
**From 05/30/2022 To 05/30/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial  Property**
**Declarations  Schedule**

**Named Insured**                                    **Agent**

STORM DAMAGE CONSULTANTS LLC              (216) 766-6300
                                         INSURANCE CONSULTANTS AGY LLC-O

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium*                          *$79.00*

## SUMMARY OF OTHER PROPERTY COVERAGES

**Property**          Description
**Extension**         Custom Protector  Core Endorsement                              $.00
**Endorsement**
                                              *Premium*              *Included*

**Property**          Description
**Extension**         Office/Lessors  Custom Protector  Endorsement          $150.00
**Endorsement**
                                              *Premium*              *$150.00*

**Commercial  Property Schedule Total:**                              $2,893.00

*To report a claim,  call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

| 04/01/22 | 61482757 | POLSVCS | 560 | PCAOPPNO | INSURED COPY | 004216 | PAGE 33 OF 156 |

Exhibit 1

This page intentionally left blank.

**Liberty Mutual.** INSURANCE

Exhibit 1

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS  (23)  61 48 27 57**

Policy Period:
**From 05/30/2022 To 05/30/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**

**Declarations**
Basis: Occurrence

| Named Insured | Agent |
|---|---|
| STORM DAMAGE CONSULTANTS LLC | (216) 766-6300 |
|  | INSURANCE CONSULTANTS AGY LLC-O |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 1,000,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 641.00 |
| Certified Acts of Terrorism  Coverage | 3.00 |
| **Total Advance Charges:** | **$644.00** |

*Note: This is not a bill*

*To report a claim,  call your Agent or 1-844-325-2467*

DS 70 22 01 08

Exhibit 1

**Liberty Mutual**
**INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS  (23)  61 48 27 57**

Policy Period:
**From 05/30/2022 To 05/30/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

### Commercial   General   Liability
### Declarations   Schedule

| Named Insured | Agent |
|---|---|
| STORM DAMAGE CONSULTANTS LLC | (216) 766-6300 |
| | INSURANCE CONSULTANTS AGY LLC-O |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION

**0001   112 Erie St S**
**120 Erie And 130 Erie**
**Massillon,  OH 44646-6650**

**Insured:  STORM DAMAGE CONSULTANTS LLC**

**CLASSIFICATION -**  61212
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing (Lessor's Risk Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 15,456 Square Feet Of Area | 34.994 | $541.00 |
| | | **Total:** | *Included* |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Office/Lessor Custom Protector Coverages | See Policy Forms and Endorsements List | $100.00 |

*To report a claim,  call your Agent or 1-844-325-2467*

DS 70 23 10 16

Exhibit 1

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number
**BKS  (23)  61 48 27 57**

Policy Period:
**From 05/30/2022 To 05/30/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| STORM DAMAGE CONSULTANTS LLC | (216) 766-6300<br>INSURANCE CONSULTANTS AGY LLC-O |

## SUMMARY OF OTHER COVERAGE  - continued

| COVERAGE DESCRIPTION | | | | | PREMIUM |
|---|---|---|---|---|---|
| Commercial General Liability Schedule Total | | | | | $641.00 |

*To report a claim,  call your Agent or  1-844-325-2467*

DS 70 23 10 16

| 04/01/22 | 61482757 | POLSVCS | 560 | PCAOPPNO | INSURED COPY | 004216 | PAGE  37  OF  156 |
|---|---|---|---|---|---|---|---|