It Is So Ordered.  This matter is dismissed with prejudice.
*/s/ John R. Adams*
U.S. District Judge
December 4, 2024

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STORM DAMAGE CONSULTANTS, LLC, | |
| Plaintiff, | CASE NO. 5:24-CV-01375 |
| v. | JUDGE JOHN R. ADAMS |
| OHIO SECURITY INSURANCE COMPANY, | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendant. | |

TO THE HONORABLE COURT:

Plaintiff, STORM DAMAGE CONSULTANTS LLC, and Defendant, OHIO SECURITY INSURANCE COMPANY (collectively, the "Parties") respectfully notify this Court that they are stipulating to a dismissal of this action, with prejudice. Costs to Defendant.

Date: December 4, 2024

| | |
|---|---|
| */s/ Colleen A. Kerins* | */s/ Caitlin E. Vetter* |
| Colleen Kerins (0104906) | Caitlin E. Vetter (0090665) |
| Kerins Law, LLC | Frost Brown Todd LLP |
| 103 Champion Lane | 10 West Broad Street, Suite 2300 |
| Chagrin Falls, OH  44022 | Columbus, OH 43215 |
| (305)807-0900        Phone | (614) 464-1211 Phone |
| (440) 287-7748 Fax | (614) 464-1737 Fax |
| kerins@kerinslaw.com | cvetter@fbtlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |